☒ FILED ___ LODGED
___ RECEIVED ___ COPY

NOV 0 3 2009

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

1 | **WO**

2

3

4

5

6 IN THE UNITED STATES DISTRICT COURT

7 FOR THE DISTRICT OF ARIZONA

8

9 United States of America,                    )   CR-96-0004-01-PCT-SMM
                                               )   CR-05-1057-01-PCT-SMM
10            Plaintiff,                        )
                                               )
11 vs.                                          )
                                               )
12 Dennison Etsitty,                            )        **ORDER**
                                               )
13            Defendant.                        )
                                               )
14 _____)

15

16       A detention hearing and a preliminary revocation hearings on the Petitions on

17 Supervised Release were held on November 2, 2009.

18       **THE COURT FINDS** that the Defendant has knowingly, intelligently, and

19 voluntarily waived his right to a detention hearing and a preliminary revocation hearing and

20 has consented to the issue of detention being made based upon the allegations in the Petition.

21       **THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden

22 of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that

23 he is neither a flight risk nor a danger to the community. *United States v. Loya*, 23 F.3d 1529

24 (9th Cir. 1994).

25

26

27

28

1     **IT IS ORDERED** that the Defendant shall be detained pending further order of the

2 court.

3     DATED this 3RD day of November, 2009.

Lawrence O. Anderson
United States Magistrate Judge